**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-03234-RPM

ANNE SLOAN,

    Plaintiff,

v.

CRESTED BUTTE, LLC,

    Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION, PURSUANT TO
F.R.C.P. 15(a)(1), TO AMEND COMPLAINT AND JURY DEMAND**
_____

Upon consideration of Plaintiff's Unopposed Motion, Pursuant to F.R.C.P. 15(A)(1), to Amend Complaint and Jury Demand [3] filed January 6, 2012, it is

ORDERED that Plaintiff's First Amended Complaint and Jury Demand shall be accepted as tendered. Crested Butte, LLC shall be substituted as defendant, and claims are dismissed without prejudice as to CNL Income Crested Butte, LLC and Triple Peaks, LLC.

    DATED: January 9th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge