IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03234-RPM

ANNE SLOAN,

    Plaintiff,

v.

CRESTED BUTTE, LLC,

    Defendant.

_____

## ORDER DISMISSING CASE WITHOUT PREJUDICE
_____

Pursuant to the Stipulation for Dismissal for Dismissal Without Prejudice, filed February 23, 2012 [11], it is

ORDERED that the Scheduling Conference set for March 8, 2012 at 10:30 a.m. is vacated and this civil action is dismissed without prejudice with each party to bear its own fees and costs.

Dated: February 23rd , 2012

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge